

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EDDY DANIEL LUNA DEFENDANT(S). | CASE NUMBER CR17-0343 JAK ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____Friday, June 30_____, __2017__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 29, 2017__        _____
                                Jay C. Gandhi, Magistrate Judge